" The judgment should be reversed and a new trial granted."

*William H. Henderson* for appellant.

*Worthington Frothingham* for respondents.

ANDREWS, J., reads for reversal and new trial.
All concur.
Judgment reversed.

---

DANIEL SMITH, as Administrator, etc., Respondent, *v.* ROBERT MEAGHAN et al., Appellants.

·(Argued December 13, 1887; decided December 20, 1887.)

*R. A. Parmenter* for motion.

*J. H. Clute* opposed.

Agree to grant motion to dismiss appeal.
All concur; no opinion.
Appeal dismissed.